Certificate Number: 00555-PAE-CC-022766877



00555-PAE-CC-022766877

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>February 12, 2014</u>, at <u>7:49</u> o'clock <u>PM EST</u>, <u>Sean Prue</u> received from <u>Advisory Credit Management, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Eastern District of Pennsylvania</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:    <u>February 12, 2014</u>            By:    <u>/s/Farah Denis</u>

                                                                Name:    <u>Farah Denis</u>

                                                                Title:    <u>Certified Debt Management Professional</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).